IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OUTDOOR SPORTSMAN GROUP, LLC.                           PLAINTIFF

vs.                              NO: 4:08CV00621 BSM

EST, LLC.                                               DEFENDANT

## ORDER

Pending before the court is plaintiff's motion to hold John McGinnis in contempt. Plaintiff states that McGinnis failed to attend a deposition to which he was subpoenaed.

The motion for contempt (Doc. No. 22) is denied. Plaintiff has failed to submit a brief in support of its motion as required by Local Rule 7.2.  More importantly,. plaintiff has not served McGinnis with a copy of the motion. McGinnis, who is not a party to this action, is entitled to notice and an opportunity to respond to plaintiff's motion.

IT IS SO ORDERED this 21st day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE